IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONROE EVANS, and JOAN YATES EVANS, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br><br><br>AMERICAN CREDIT SYSTEMS, INC., d/b/a LEGAL ADMINISTRATIVE SERVICES and d/b/a NATIONAL AUDIT SERVICES,<br>CATHY SCHNEEBERGER A/K/A LIZ BAXTER and<br>ELIAS ROBERT RUIZ, A/K/A ALAN ROBERTS,<br><br>　　　　Defendants, | Civil Case No.: 8:02-CV-472<br><br><br><br>**PLAINTIFFS' MOTION<br>TO DISMISS COUNTERCLAIM<br>OF DEFENDANT<br>AMERICAN CREDIT SYSTEMS, INC**. |

Plaintiffs move this Court, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss the counterclaim contained in the Answer of American Credit Systems, Inc., ( filing no. 73) on the grounds that the Court lacks jurisdiction over the subject matter.  Defendants' counterclaim does not arise under the Constitution, laws or treaties of the United States, are not compulsory within the meaning of Fed. R. Civ. P. 13(a), no independent federal basis exits for the counterclaim and said counterclaim is not so related to Plaintiffs' claims within the meaning of 28 U.S.C. § 1367(a) as to fall within this Court's supplemental jurisdiction, and Defendant American Credit Systems does not state facts sufficient to have standing to bring the counterclaim, all as more fully set forth in Plaintiffs' Memorandum of Law in Support of Motion to Dismiss  Counterclaim of Defendant American Credit Systems, Inc.,  filed contemporaneously herewith.

WHEREFORE, the Plaintiffs pray for an Order of this Court dismissing the Counterclaim of Defendant American Credit Systems, Inc.

Dated: October 6, 2003

                    Monroe Evans, et. Al., Plaintiffs,

                    BY:  s/Pamela A. Car
                       Pamela A. Car # 18770
                       Car & Reinbrecht, P.C., L.L.O.
                       8720 Frederick St. # 105
                       Omaha, NE 68124
                       (402) 391-8484 phone
                       (402) 391-1103 fax
                       Attorney for Plaintiff
                       and
                       O. Randolph s Bragg
                       HORWITZ, HORWITZ & ASSOC.
                       25 East Washington Street, Suite 900
                       Chicago, Illinois 60602
                       (312) 372-8822
                       (312) 372-1673 (FAX)
                       ATTORNEYS FOR PLAINTIFFS
                       AND PUTATIVE CLASS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 6, 2003, I had electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Defendants' counsel.

s/Pamela A. Car